UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 18-12264

Kelly M. Haffner

Chapter: 7

Judge: Kaplan

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
8 Barn Owl Drive, Hackettstown, New Jersey.

JEANNE A. NAUGHTON, Clerk

Date: 5/15/2018          By: Gary A. Nau

*rev.2/10/17*